UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

CONSTANCE K. GATEWOOD,

    Plaintiff,

v.                                                               CASE NO. 5:18cv66-MCR-GRJ

UNLIMITED PATH, INC.,

    Defendant.

_____/

# **O R D E R**

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated January 17, 2019. The parties have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of any timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.     The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. The motion to dismiss, ECF No. 12, is **DENIED**.

3. Plaintiff is permitted to proceed with her ADA claim.

**DONE AND ORDERED** this 25th day of February 2019.

    *s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**